NUMBER 13-00-305-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


__________________________________________________________________


RICHARD MICHAEL CISNEROS
, Appellant,


v.



THE STATE OF TEXAS, Appellee.

__________________________________________________________________


On appeal from the 105th District Court 


of Kenedy County, Texas.


___________________________________________________________________


O P I N I O N



Before Justices Hinojosa, Yañez, and Chavez


Opinion Per Curiam



 Appellant, RICHARD MICHAEL CISNEROS, perfected an appeal
from a judgment entered by the 105th District Court of Kenedy County,
Texas, in cause number 506. Appellant has filed a motion to dismiss
the appeal. The motion complies with Tex. R. App. P. 42.2(a).

 The Court, having considered the documents on file and
appellant's motion to dismiss the appeal, is of the opinion that
appellant's motion to dismiss the appeal should be granted. Appellant's
motion to dismiss the appeal is granted, and the appeal is hereby
DISMISSED.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 1st day of June, 2000.